1078

[No. 35185-4-II. Division Two. July 25, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. JUAN REYES-MARQUEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 06-1-00300-4, Diane M. Woolard, J., entered July 10, 2006. *Affirmed* by unpublished opinion per Van Deren, A.C.J., concurred in by Bridgewater and Hunt, JJ.

[No. 35316-4-II. Division Two. July 25, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID M. HENDERSON, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 05-1-00404-8, David E. Foscue, J., entered August 7, 2006. *Affirmed in part* and *remanded* by unpublished opinion per Penoyar, J., concurred in by Houghton, C.J.; Quinn-Brintnall, J., dissenting.

[No. 35519-1-II. Division Two. July 25, 2007.]

CATHRYN CHUDY ET AL., *Appellants*, v. DUANE BEQUETTE ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Clark County, No. 06-2-03426-4, Diane M. Woolard, J., entered September 29, 2006. *Dismissed* by unpublished opinion per Hunt, J., concurred in by Bridgewater and Quinn-Brintnall, JJ.

[No. 35712-7-II. Division Two. July 25, 2007.]

BENJAPON SAKKARAPOPE, *Appellant*, v. WASHINGTON STATE UNIVERSITY, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 04-2-02084-8, Wm. Thomas McPhee, J., entered December 22, 2006. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Bridgewater and Quinn-Brintnall, JJ.